UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL DIVISION

| | | |
|---|---|---|
| JENNIFER MYERS | * | Case No. 3:18-cv-409 |
| Plaintiff, | * | Judge Thomas Rose |
| -vs- | * | |
| MONTGOMER COUNTY BOARD OF COMISSIONERS, et al. | * | |
| Defendants. | * | |

## ANSWER OF DEFENDANT FRANCO RODIO VILLELLA

Now comes Defendant Franco Rodio Villella, by and through counsel, and for his Answer to the Complaint filed herein states as follows:

1. Defendant admits the allegations set forth in paragraphs 6, 8, 37, 69 of Plaintiff's Complaint.

2. Defendant denies the allegations set forth in paragraphs 1-5, 7. 16-17, 21-23, 29-36, 40-43, 70-72, 90-95 of Plaintiff's Complaint for lack of knowledge.

3. Defendant denies the allegations set forth in paragraphs 10-14, 15, 18-20, 24-28, 38-39, 45-47, 49-60, 62-67, 74-78 , 80-88, 97-109, 111-116, 118-120 of Plaintiff's Complaint.

4. Defendant admits and denies the allegations set forth in paragraphs 44, 48, 61, 68, 73, 79, 89, 96, 110, 117 of Plaintiff's Complaint as set forth above.

5. Defendant denies that Plaintiff is entitled to any relief of any kind whatsoever and requests that this Court dismiss this matter in its entirety and order that Plaintiff pay Defendant's attorney fees and costs in having to respond to in this action.

## FIRST AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's claims are barred because the Plaintiff has failed to mitigate her damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims and damages, if any, were caused by superseding causes outside of Defendant's control.

## FOURTH AFFIRMATIVE DEFENSE

Any actions complained of by Plaintiff were as a result of a calculated plan to entrap Defendant.

## FIFTH AFFIRMATIVE DEFENSE

At all times material hereto, Defendant was acting within the scope of his employment.

## SIXTH AFFIRMATIVE DEFENSE

Defendant hereby gives notice and reserve the right to rely on such other defenses that become available and apparent through the discovery process, and Defendant reserves the right to amend his Answer to Plaintiff's Complaint accordingly.

Respectfully submitted,

/s/ P.J. Conboy
P.J. Conboy (0070073)
Attorney for Defendant
Staton, Fisher & Conboy LLP
5613 Brandt Pike
Huber Heights, Ohio 45424
(937) 237-9485
agentconboy@aol.com

/s/ Mark A. Fisher
Mark A. Fisher (0066939)
Attorney for Defendant
Staton, Fisher & Conboy LLP
5613 Brandt Pike
Huber Heights, Ohio 45424
(937) 237-9485
m.fisher.sfc@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed on this 25th day of January 2019 via the Court's ECF system and served upon all counsel of record.

Respectfully submitted,

/s/ P.J. Conboy
P.J. Conboy (0070073)
Attorney for Defendant
Staton, Fisher & Conboy LLP
5613 Brandt Pike
Huber Heights, Ohio 45424
(937) 237-9485
agentconboy@aol.com

/s/ Mark A. Fisher
Mark A. Fisher (0066939)
Attorney for Defendant
Staton, Fisher & Conboy LLP
5613 Brandt Pike
Huber Heights, Ohio 45424
(937) 237-9485
m.fisher.sfc@gmail.com

3