UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNIFER MYERS,

    Plaintiff,                                        Case No. 3:18-cv-409

vs.

MONTGOMERY COUNTY                 District Judge Michael J. Newman
BOARD OF COMMISSIONERS, *et al.*,

    Defendants.

## ORDER: CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:   September 30, 2021                     s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge